United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

12 CV 697

1) indicated that this case is related to the following case(s):

11cv3341

-OR-

2) the case was directly assigned to Judge _____

and Magistrate Judge _____ as a Pro Se or Habeas case related to

___CR/CV___