# Exhibit A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ENHANCED RECOVERY COMPANY, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL NO.: 2398 |

ENHANCED RECOVERY COMPANY, LLC'S SCHEDULE OF ACTIONS

| Case Caption | District | Division | Case Number | Judge |
|---|---|---|---|---|
| Plaintiff:<br><br>Shmuel Lowenbein and Dovi Lowenbein, on behalf of themselves and all similarly situated<br><br>Defendant:<br><br>Enhanced Recovery Company, LLC | Eastern District of New York | Brooklyn Division | 1:11-cv-03341-ARR-JMA | Honorable Allyne R. Ross |
| Plaintiff:<br><br>Mohammed A. Tipoo, on behalf of himself and all others similarly situated<br><br>Defendant:<br><br>Enhanced Recovery Company, LLC | Eastern District of New York | Brooklyn | 1:11-cv-05270-ENV-LB | Honorable Eric N. Vitaliano |
| Plaintiff:<br><br>John Phillipson<br><br>Defendant:<br><br>Enhanced Recovery Company, LLC | Eastern District of New York | Central Islip | 2:12-cv-00418-LDW-ETB | Honorable Leonard D. Wexler |

| Plaintiff: Mendel Reizes, on behalf of himself and all other similarly situated consumers Defendant: Enhanced Recovery Company, LLC | Eastern District of New York | Brooklyn | 1:12-cv-00697-SLT-VVP | Honorable Sandra L. Townes |
| --- | --- | --- | --- | --- |
| Plaintiff: Frederick S. Aumick Defendant: Enhanced Recovery Company, LLC | Southern District of Florida | Ft. Lauderdale | 0:12-cv-61086-WPD | Honorable William P. Dimitrouleas |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ENHANCED RECOVERY COMPANY, LLC
TELEPHONE CONSUMER PROTECTION ACT         MDL NO.: 2398
LITIGATION

## PROOF OF SERVICE

I, James K. Schultz, hereby certify that a copy of the foregoing Enhanced Recovery Company, LLC's Notice of Potential Tag-Along Actions was filed electronically on July 26, 2012. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Frances R Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street 18th Floor
Chicago, Illinois 60603
Counsel for Plaintiff Soppet

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
Counsel for Plaintiff Tang

Joshua B. Swigart
Robert L. Hyde
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, California 92108
Counsel for Plaintiff Kubat

Abbas Kazerounian

4

KAZEROUNIAN LAW GROUP
2700 North Main Street, Suite 1000
Santa Ana, California 92705
Counsel for Plaintiff Kubat

Patrick S. Sweeney, Esq.
Sweeney & Sweeney, SC
440 Science Drive, Suite 101
Madison, WI 53711
Counsel for Plaintiff Blake

Joel S. Treuhaft
Palm Harbor Law Group, PA
2997 Alternate 19, Suite B
Palm Harbor, FL 34683
Counsel for Plaintiff Blake

Darrell Palmer
Kira M. Rubel
Law Offices of Darrell Palmer
603 North Highway 101, Suite A
Solana Beach, CA 92075
Counsel for Plaintiff Blake

David P. Schafer
Brian J. Trenz
Law Office of David Schafer, PLLC
7800 IH-10 West, Suite 830
San Antonio, TX 78230
Counsel for Plaintiff Blake

Keith J. Keogh
KEOGH LAW, LTD
101 N. Wacker Drive, Suite 605
Chicago, Illinois 60606
Counsel for Plaintiff Drinning-Duffee

Scott David Owens
664 East Hallandale Beach Blvd.
Ft. Lauderdale, Florida 33309
Counsel for Plaintiff Drinning-Duffee

I, James K. Schultz, further certify that a copy of the foregoing Enhanced Recovery Company, LLC's Notice of Potential Tag-Along Actions was filed electronically via ECF in the Potential Tag-Along Actions. Notice of this filing in the Potential Tag-Along Actions will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Adam J. Fishbein
    ADAM J. FISHBEIN, P.C.
    483 Chestnut Street
    Cedarhurst, New York 11516
    Counsel for Plaintiffs Lowenbein and Reizes

    Aytan Y. Bellin
    BELLIN & ASSOCIATES, LLC
    85 Miles Avenue
    White Plains, New York 10606
    Counsel for Plaintiff Tipoo

    Joseph Mauro
    THE LAW OFFICES OF JOSEPH MAURO, LLC
    306 McCall Avenue
    West Islip, New York 11795
    Counsel for Plaintiff Phillipson

    Donald A. Yarbrough
    2000 East Oakland Boulevard
    Suite 105
    P.O. Box 11842
    Fort Lauderdale, Florida   33339
    Counsel for Plaintiff Aumick

Respectfully submitted,

<u>James K. Schultz</u>
James K. Schultz
Sessions, Fishman, Nathan & Israel, LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 578-0990
(312) 578-0991 (fax)
jschultz@sessions-law.biz
Attorneys for Enhanced Recovery Company, LLC