**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 15, 2012

**VIA ECF**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   **Lowenbein et al v. Enhanced**
        **11 CV 3341 (ARR) (JMA)**

Dear Magistrate Judge Azrack:

I represent the plaintiffs in the above referenced matter.  Please accept this letter as the parties' notice of settlement and request that the conference scheduled for October 23, 2012 be adjourned.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

 Cc:    Aaron R. Easley, Esq.