IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 18 2012 ★
BROOKLYN OFFICE

SHMUEL LOWENBEIN AND )
DOVI LOWENBEIN on behalf of )
themselves and all similarly situated )
Plaintiffs, )
)
-against- ) 11 CV 3341 (ARR) (JMA)
)
ENHANCED RECOVERY )
COMPANY, LLC )
f/k/a ENHANCED RECOVERY )
CORPORATION )
)
Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Shmuel Lowenbein and Dovi Lowenbein, and Defendant, Enhanced Recovery Company, LLC, hereby jointly stipulate to the dismissal with prejudice of the within action against Enhanced, with each side to bear its own fees and costs. The Court retains jurisdiction over the terms of the settlement.

Dated: October 16, 2012.

Respectfully submitted,

/s/ Adam J. Fishbein
Adam J. Fishbein, PC. (AF-9508)
483 Chestnut Street
Cedarhurst, New York 11516
Telephone: (516) 791-4400
Facsimile: (516) 791-4411
Attorney for Plaintiffs

/s/ Aaron R. Easley
Aaron R. Easley (73683)
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone: (908) 751-5940
Facsimile: (908) 751-5944
aeasley@sessions-law.biz
Attorneys for Defendant

So ordered.
/s/ (ARR)
10/17/12